**UNITED STATES DISTRICT COURT**
WESTERN DISTRICT OF ARKANSAS
**U.S. Probation / Pretrial Services**

**Myron L. Smith**  
Chief U.S. Probation Officer

319 Federal Building and U. S. Courthouse  
35 East Mountain, Room #319  
Fayetteville, AR 72701  
479-442-9892  
Fax -479-442-5276

December 15, 2008

Honorable Jimm Larry Hendren  
Chief U.S. District Judge  
John Paul Hammerschmidt Federal Building  
35 East Mountain Street, Suite 559  
Fayetteville, Arkansas  72701

    RE: **Perez, Ruben**  
       **Case #5:04CR50018-003**  
       <u>**Violation Report and Request for Travel**</u>

Dear Judge Hendren:

This is to seek the court's guidance in the matter of supervision in this case. On November 5, 2004, Ruben Perez was sentenced by Your Honor, for conspiracy to distribute methamphetamine, to 30 months imprisonment, a three-year term of supervised release, $6,000 fine, and $100 special assessment. The term of supervision commenced on May 12, 2006 in the Western District of Arkansas. On December 22, 2006, Mr. Perez was approved for a relocation to the District of New Mexico. Since that time, Mr. Perez has been supervised by U.S. Probation Officer Edward Medina.

During supervision by this district, Mr. Perez responded to all directives by this office. Likewise, Officer Medina advises Mr. Perez has remained compliant with his conditions of supervision and has been consistent in making his monthly fine payment. Mr. Perez has paid $100 each month of his supervision as directed and, as of this date, Mr. Perez owes $2,006.83 toward the fine balance with the special assessment fee paid in full. According to Officer Medina, Mr. Perez has been employed consistently during his term of supervision as an apprentice electrician, earning $1,600 monthly. Mr. Perez is reportedly residing with his fiancée, Karina Balcazar, and their six-month old daughter. Periodic home visits by Officer Medina have indicated that Mr. Perez lives within his means. This case is due to expire May 11, 2009 and it is anticipated that the U.S. Attorney's Office Financial Litigation Unit will pursue collection on this financial obligation after the expiration of the defendant's term of supervision. Accordingly, Officer Medina has recommended no action be taken against Mr. Perez and that this case be allowed to expire as scheduled without court intervention.

Page 2 - Violation Report and Request for Travel
       Perez, Ruben
       Dkt. #5:04CR50018-003

Officer Medina has also requested that Mr. Perez be allowed to travel to the Republic of Mexico to be married in the presence of Ms. Balcazar's family members who reside in Guanajuato, Mexico. This wedding has been scheduled in order for Ms. Balcazar to visit with her ill grandmother who is bedridden with a serious heart condition. Officer Medina has received and reviewed medical documentation concerning Ms. Balcazar's ill grandmother. Mr. Perez will reside at the residence of Ms. Balcazar's father in Guanajuato, Mexico and will not incur any travel expenses other than fuel costs to and from Mexico. The request for travel permission is from December 23, 2008 through January 5, 2009.

Our office has discussed both the expiration of supervision and this special travel request with Officer Medina. As such, this office respectfully concurs with Officer Medina and requests this term of supervision be allowed to expire as scheduled and that Mr. Perez be allowed to travel to Mexico. I have provided Officer Medina's correspondence for Your Honor's review.

We will continue to monitor Mr. Perez's case at Your Honor's direction. Should Your Honor require further information, please advise.

Sincerely,

*Michael K. Scott*
Michael K. Scott
U.S. Probation Officer

Reviewed by:

*William E. Dunn, Jr.*
William E. Dunn, Jr.
Supervising U.S. Probation Officer

✓    Allow Supervision Term to Expire and Special Travel Permission to Mexico Granted

___    Allow Supervision Term to Expire and Special Travel Permission to Mexico Denied

___    Submit Petition for Violation Hearing

___    Other _____

Honorable Jimm Larry Hendren     12/16/08
Chief U.S. District Judge     Date

U.S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED
DEC 1 2008
CHRIS R. JOHNSON, CLERK
BY *Dale Darner*
DEPUTY CLERK